# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BITTER SWEET PROPERTIES, LP; BSP INC; SOMERSET ENTERPRISES INC. D/B/A FUTURE BUILDING OF AMERICA; AND RICKY A. KENNETT | : : : : | No. 40 WAL 2018 |
| | : : : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| v. | : : : : : | |
| THE CITY OF FARRELL; SHENANGO VALLEY ECONOMIC DEVELOPMENT PARTNERSHIP COMMITTEE FOR AND ON BEHALF OF THE CITY OF FARRELL AND ALSO SURROUNDING COMMUNITIES IN THE SHENANGO VALLEY PARTICIPATING IN THE SHENANGO VALLEY ECONOMIC DEVELOPMENT PARTNERSHIP; AND STEPHEN J. MIRIZIO, ESQUIRE | : : : : : : : : : : : : : | |
| PETITION OF: STEPHEN J. MIRIZIO, ESQUIRE | : : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.